IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTORIA S. BARNES,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-2164** |
| : | |
| **DEPARTMENT** : | |
| **OF THE TREASURY,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 19th day of May, 2025, upon consideration of Plaintiff Victoria S. Barnes's Motion to Proceed *In Forma Pauperis* (ECF No. 8), *pro se* Complaint (ECF No. 1), and Exhibits (ECF Nos. 7, 9, 10), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to restrict the document docketed at ECF No. 10 to party-view only because it contains personal identifying information, including Barnes's full Social Security number. *See* Fed. R. Civ. P. 5.2(a) (directing parties to redact personal information in court filings).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                **BY THE COURT:**

                                                **S/ WENDY BEETLESTONE**

                                                **WENDY BEETLESTONE, J.**